IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LAURENCE ALLEN AND
MICHELLE ALEN, AS THE
CO-ADMINISTRATORS OF
THE ESTATE OF JOHN
BRADLEY ALLEN,

        Plaintiff,

v.

INDIVIOR INC. f/k/a RECKITT
BENCKISER PHARMACEUTICALS, INC.;
RECKITT BENCKISER HEALTHCARE
(UK) LTD.; INDIVIOR PLC, f/k/a RECKITT
BENCKISER GROUP plc; and
MONOSOL RX, LLC
        Defendants.

1:16-cv-01538 (DNH)(CFH)

STIPULATION OF
DISCONTINUANCE

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: May 9, 2017
        Utica, NY

*IT IS HEREBY STIPULATED AND AGREED,* by and between the undersigned, the attorneys of record for the plaintiff and defendant MonoSol RX in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and all counterclaims, cross claims be, and the same hereby are, discontinued, with prejudice and without costs or attorney fees to either party as against the other. This stipulation may be filed with the Clerk of the Court without further notice.

Date:   **May 5, 2017**

_____
Lee C. Kindlon, Esq.
The Kindlon Law Firm, PLLC
Attorney for *Plaintiff*
74 Chapel Street
Albany, New York 12207

Date:   5/6/2017

_____
Charles Michael, Esq.
STEPTOE & JOHNSON LLP
Attorney for Defendant MonoSol RX

1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900